Anderson Brothers Manufacturing Company and
Swan F. Anderson, Appellees, v. G. A. Larson,
Appellant.
Anderson Brothers Manufacturing Company, Appellee, v. G. A. Larson, Appellant.
Swan F. Anderson, Appellee, v. G. A. Larson,
Appellant.

Gen. No. 10,007.

Heard in this court at the February term, 1945; opinion filed May 28, 1945; released for publication June 18, 1945. James Berry, for appellant; Carl Solomonson and Large, Reno & Zahn, for appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.